This memorandum opinion was not selected for publication in the New Mexico Reports.  Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions.  Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**CATHY TORRES,**

    Plaintiff-Appellant,

v.                                                                                    **NO. 30,624**

**OHKAY CASINO RESORT,**
**TSAY CORPORATION, and**
**RON LOVATO, CEO,**

    Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF SAN MIGUEL COUNTY**
**Eugenio S. Mathis, District Judge**

Eric Loman
Albuquerque, NM

The Bregman Law Firm, P.C.
Sam Bregman
Albuquerque, NM

for Appellant

Bergen Law Offices, LLC
Lee Bergen
Albuquerque, NM

for Appellees

**MEMORANDUM OPINION**

**CASTILLO, Judge.**

Appellant Cathy Torres (Plaintiff) appeals from the district court's order dismissing her complaint for lack of subject matter jurisdiction based on tribal sovereign immunity. The notice proposed to affirm. Appellees Ohkay Casino Resort, Tsay Corporation, and Ron Lovato, CEO (Defendants) filed a timely memorandum in support of proposed affirmance. Plaintiff did not file a memorandum in opposition to our notice.

For reasons set forth in our notice, we affirm.

**IT IS SO ORDERED.**

_____
**CELIA FOY CASTILLO, Judge**

**WE CONCUR:**

_____
**MICHAEL D. BUSTAMANTE, Judge**

_____

**LINDA M. VANZI, Judge**